

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00382-CV

**GENESIS NETWORKS ENTERPRISES, LLC**, James Goodman and Cathy Kincy,
Appellants

v.

**GRAVETTI CORPORATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08103
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on or before **November 12, 2020**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court